e-2-5-18

RECEIVED AND FILED
06 MAY 17 PM 1:06
BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: §
 § CASE NO. 89-01180
Victor R. Pedroza Gomez & §
Alba Milagro Santiago Gonzalez § Chapter 7
DEBTOR. §

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for ITT Financial Services, claimant, hereby petitions the Court for $1,413.94, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to ITT Financial Corp., creditor. A dividend check in the amount totaling $1,413.94 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason: ITT Financial Corporation merged into ITT Corporation, as evidenced by exhibit A. Subsequently, ITT Corporation merged into ITT Industries, as evidenced by exhibit B. ITT Financial Services is a division of ITT Industries, as evidenced by exhibit C, and collecting the unclaimed funds on behalf of the company.

The creditor's current mailing address, phone and social security/tax identification number are:
ITT Financial Services
T. William Bixby President
5701 Kentucky Avenue North Suite 235
Crystal, MN 55428
763-533-4261
Last Four Digits of SSN/TIN: 2662

Claimant now seeks to recover the funds from the Court's Registry. ITT Financial Services appointed Dilks & Knopik, LLC at its Attorney-in-Fact to seek recovery of said unclaimed monies on its behalf. **(Dilks & Knopik, LLC is not an law firm but has been granted Limited Power of Attorney from ITT Financial Services to collect the unclaimed funds, as evidenced by the attached Limited Power of Attorney).** Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $1,413.94 made payable to ITT Financial Services c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: 5/5/2006    Respectfully Submitted: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
ITT Financial Services
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728

On 5/5/06 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Caryn M. Knopik, Notary Public
for the State of Washington, County of King - My Commission Expires: July 29, 2006

[Seal: JULY 20 2006 STATE OF WASHINGTON NOTARY PUBLIC CARYN M. KNOPIK]

[Handwritten marginalia: Order: Denied. There is no corporate resolution from ITT Financial Corp. authorizing the Bixby to represent Dilks & Knopik LLC or the authority to endorse the unclaimed funds to D&K. True knowledge of purpose to collect a proof of claim is incomplete.]

43
5/17/06